IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01103-PSF-BNB

SHARON R. BAKER,

Plaintiff,

v.

ECHOSTAR COMMUNICATIONS CORPORATION, a Nevada corporation also d/b/a EchoStar Satellite;
ECHOSPHERE, LLC., a Colorado limited liability company also d/b/a EchoStar Satellite; and
ECHOSTAR SATELLITE, LLC, a Colorado limited liability company also d/b/a EchoStar Communications and EchoSphere,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **Unopposed Motion to Amend Complaint** [docket no. 17, filed August 28, 2006] (the "Motion").

　　IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the attached Amended Complaint. The caption, as shown above, is to be used on all future filings.


DATED:  August 29, 2006