IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01103-PSF-BNB

SHARON R. BAKER,

Plaintiff,

v.

ECHOSTAR COMMUNICATIONS CORPORATION;
ECHOSTAR SATELLITE, LLC; and
ECHOSPHERE, LLC.,

Defendants.

_____

**ORDER**

_____

This matter is before me on the following motions:

(1)     Defendants' **Motion to Amend Caption, Or In the Alternative, To Reconsider the Court's Order Granting Plaintiff's "Unopposed" Motion to Amend Complaint** [Doc. # 26, filed 9/15/2006] (the "*Motion to Amend*"); and

(2)     Plaintiff's **Unopposed Motion to Strike Robert J. Truhlar as a Witness in Defendants' Initial Disclosures** [Doc. # 37, filed 10/11/2006] (the "*Motion to Strike*").

In addition, the parties have filed a **Stipulation** [Doc. # 39, filed 10/20/2006] (the "*Stipulation*") addressing matters raised in the *Motion to Amend*.

IT IS ORDERED that the *Motion to Amend* is DEEMED MOOT.  The case caption is modified as indicated above, which shall appear on all future filings.

IT IS FURTHER ORDERED that the *Motion to Strike* is GRANTED.

Dated October 24, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge