THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01103-PSF-BNB

SHARON R. BAKER,

    Plaintiff,

v.

ECHOSTAR COMMUNICATIONS CORPORATION;
ECHOSPHERE, L.L.C.; and
ECHOSTAR SATELLITE, L.L.C.,

    Defendants.

## ORDER REGARDING STIPULATION

The Court, having reviewed the Parties' Stipulation (Dkt. # 39), submitted October 20, 2006, NOTES that the parties may stipulate to the facts contained therein without this Court's approval. Defendants' Motion to Amend Caption, or in the Alternative, to Reconsider the Court's Order Granting Plaintiff's "Unopposed" Motion to Amend Complaint (Dkt. # 26), is DENIED as moot. The case caption in this matter shall henceforth appear as stated above.

    DATED: October 24, 2006

                                                        BY THE COURT:

                                                        *s/ Phillip S. Figa*
                                                        _____
                                                        Phillip S. Figa
                                                        United States District Judge