IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01103-PSF-BNB

SHARON R. BAKER,

Plaintiff,

v.

ECHOSTAR COMMUNICATIONS CORPORATION, a Nevada corporation also d/b/a EchoStar Satellite;
ECHOSPHERE, LLC., a Colorado limited liability company also d/b/a EchoStar Satellite; and
ECHOSTAR SATELLITE, LLC, a Colorado limited liability company also d/b/a EchoStar Communications and EchoSphere,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendants' Motion to Withdraw Their Unopposed Motion to Amend Scheduling Order** [docket no. 45, filed December 11, 2006] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED.

      IT IS FURTHER ORDERED that the **Defendants' Unopposed Motion to Amend Scheduling Order** [docket no. 43, filed December 5, 2006] is DENIED AS MOOT.

DATED:  December 12, 2006