IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-01103-PSF- BNB | Date: January 25, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| SHARON R. BAKER, | Robert Truhlar |
| | Thomas Arckey |
| Plaintiff, | |
| v. | |
| ECHOSTAR COMMUNICATIONS CORPORATION, | Meghan Martinez |
| ECHOSPHERE, L.L.C., | Carey Gagnon |
| (actually named as: EchoSphere, LLC) | |
| ECHOSTAR SATELLITE, L.L.C., | |
| a Colorado limited liability company also d/b/a EchoStar Communications and Echosphere | |
| Defendants. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     9:35 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Defendants' motion to amend scheduling order to take additional depositions(1/12/07 #50) is GRANTED as stated on the record. The discovery cut-off deadline is extended to and including February 26, 2007 solely to allow the deposition of three witness: Vicki Hansen, Rita Bartolo and Pat Jacobs. The deposition of Ms. Hansen may be taken by telephone and shall not exceed half a day.

Court in Recess        9:55 a.m.        Hearing concluded.

Total time in court:   00:20