IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01103-PSF-BNB

SHARON R. BAKER,

Plaintiff,

v.

ECHOSTAR COMMUNICATIONS CORPORATION;
ECHOSTAR SATELLITE, LLC; and
ECHOSPHERE, LLC.,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Defendants' Motion to Amend Scheduling Order to Take Additional Depositions**[ Doc. # 50, filed 1/12/2007] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. The discovery cut-off is extended to and including **February 26, 2007**, solely to allow the defendants to depose Vicki Hansen, Rita Bartolo, and Pat Jacobs.

IT IS FURTHER ORDERED that the deposition of Ms. Hansen shall be by telephone and shall not exceed three and one-half hours.

1

Dated January 25, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge