IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01103-PSF-BNB

SHARON R. BAKER,

       Plaintiff,

v.

ECHOSTAR COMMUNICATIONS CORPORATION; ECHOSPHERE, L.L.C.; and ECHOSTAR SATELLITE, L.L.C.,

       Defendants.

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, EchoStar Communications Corporation, EchoSphere, L.L.C. and EchoStar Satellite, L.L.C. (collectively "EchoStar"), through their undersigned counsel, and pursuant to Fed. R. Civ. P. 56, respectfully move this Court for an order granting summary judgment in their favor and against Plaintiff on the claims alleged in Plaintiff's Amended Complaint.  In support of their motion, Defendants incorporate by reference their Brief in Support of Motion for Summary Judgment, filed herewith.

Dated:  February 12, 2007.

                                        /s Carey R. Gagnon
                                        Meghan W. Martinez
                                        Carey R. Gagnon
                                        Brownstein Hyatt Farber Schreck, P.C.
                                        Suite 2200
                                        410 Seventeenth Street
                                        Denver, CO  80202-4437
                                        Phone: 303.223.1100
                                        Attorneys for Defendants

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 12th day of February, 2007, a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

RobertTruhlar@worldnet.att.net

tja@arlaw.us

BROWNSTEIN HYATT FARBER SCHRECK, P.C.

/s Carey R. Gagnon
Meghan W. Martinez
Carey R. Gagnon
410 17th Street, Suite 2200
Denver, Colorado 80202
(303) 223-1100

ATTORNEYS FOR DEFENDANTS

2