# EXHIBIT F TO DEFENDANTS' BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT



# Employee Handbook And Benefits Summary

**ECHOSTAR**

Revised October 1997

CONFIDENTIAL

Def. 00638

# Welcome to EchoStar Communications Corporation!

A new and challenging experience awaits you as an employee of EchoStar Communications Corporation. This Employee Handbook and Benefits Summary contains information of interest and importance to you as an employee of the Company and is intended as an introduction to our Company's philosophy, guidelines and benefits.

We recommend that this Handbook be read and kept for future reference. The guidelines stated in this Handbook are subject to change at any time, with or without notice, at the sole discretion of the Company. From time to time, updated information concerning changes may be distributed. Should there be any questions regarding any changes please contact the Human Resources Department.

CONFIDENTIAL

Def. 00639

Revised October 1997

# IMPORTANT

ABOUT THE EMPLOYEE HANDBOOK:

THIS HANDBOOK IS DESIGNED TO ACQUAINT EMPLOYEES WITH THE COMPANY AND PROVIDE THEM WITH INFORMATION ABOUT WORKING HERE. THE HANDBOOK IS NOT ALL INCLUSIVE, BUT IS INTENDED TO PROVIDE A SUMMARY OF SOME OF THE COMPANY'S GUIDELINES. THIS EDITION REPLACES ALL PREVIOUSLY ISSUED EDITIONS.

THE LANGUAGE USED IN THIS HANDBOOK DOES NOT CREATE OR CONSTITUTE A CONTRACT OF EMPLOYMENT WITH ANY EMPLOYEE, EITHER EXPRESSED OR IMPLIED. EMPLOYMENT IS AT WILL; THEREFORE, EMPLOYEES HAVE THE RIGHT TO END THEIR EMPLOYMENT RELATIONSHIP WITH THE COMPANY, WITH OR WITHOUT ADVANCE NOTICE OR CAUSE. MANAGEMENT RESERVES THE RIGHT, WITH OR WITHOUT CAUSE, TO TERMINATE THE EMPLOYMENT OF ANY EMPLOYEE AT ANY TIME. NO REPRESENTATIVE OF ECHOSTAR COMMUNICATIONS CORPORATION, OTHER THAN THE CEO OF THE ORGANIZATION, HAS AUTHORIZATION TO ENTER INTO AN AGREEMENT OF EMPLOYMENT FOR ANY SPECIFIC PERIOD AND SUCH AGREEMENT MUST BE IN WRITING, SIGNED BY THE CEO AND THE EMPLOYEE.

THE INFORMATION CONTAINED IN THIS HANDBOOK IS FOR GENERAL INFORMATION ONLY. NO EMPLOYEE HANDBOOK CAN ANTICIPATE EVERY CIRCUMSTANCE OR QUESTION. AFTER READING THE HANDBOOK, IF THERE ARE QUESTIONS, PLEASE TALK WITH A SUPERVISOR OR THE HUMAN RESOURCES DEPARTMENT. ALSO, THE NEED MAY ARISE TO CHANGE THE GUIDELINES DESCRIBED IN THE HANDBOOK. THE COMPANY THEREFORE RESERVES THE RIGHT TO MAKE FINAL DECISIONS, INTERPRET AND APPLY THEM OR TO CHANGE OR DISCONTINUE THEM AT ANY POINT WITHOUT PRIOR NOTICE.

CONFIDENTIAL

Def. 00640

## Orientation - Getting To Know Us!

Welcome to your new position at EchoStar Communications Corporation. EchoStar looks forward to working with you and hopes you will enjoy your new position. We realize that reporting to a new job may be a new experience for you. Our organization is highly integrated and comprised of many departments, including engineering, accounting, logistics, production, distribution, human resources, MIS, sales and marketing. The various corporations within EchoStar Communications Corporation include Echosphere Corporation, Houston Tracker Systems, Inc. ("HTS"), Dish Network Credit Corporation ("DNCC"), Satellite Source, Inc. ("SSI"), Echosphere Broadcast Systems Group, EchoStar Satellite Corporation ("ESC") EchoStar International Corporation ("EIC") and Echonet Business Network, Inc. ("Echonet").

We take pride in believing that our Company is unique, and we work very hard to foster and maintain good communications and working relationships with our employees.

To further this objective, we have developed an orientation program to help new employees become more familiar with our Company. Please arrange to attend this one day program by contacting the Human Resources Department or a supervisor if one has not already been scheduled for you.

## Equal Employment Opportunity

EchoStar Communications Corporation, "EchoStar" or the "Company," which includes all of EchoStar's subsidiary corporations, provides equal employment opportunities (EEO) to qualified employees and applicants for employment without regard to race, sex, age, national origin, disability or veteran status. This applies to recruitment, hiring, compensation, promotion, training, layoff, transfer, leaves of absence and termination.

EchoStar does not condone discrimination or unfair treatment of any kind. It is the responsibility of each employee to report to a manager or to the Human Resources Department any discriminatory or unfair practices, regardless of whom they impact

## Employment Status

Regular Full-Time Employees
A regular full-time employee is normally scheduled to work a minimum of 40 hours per work week. Regular full-time employees are currently eligible for Company benefits as outlined in this Handbook.

Regular Part-Time Employees
A regular part-time employee normally works less than an eight hour day or a 40 hour work week and is subject to benefit restrictions.

Temporary Employees
A temporary employee is one hired to work full-time or part-time on the Company's payroll with the understanding that his/her employment may be terminated upon completion of a specific assignment or within a given time frame. Temporary employees are not eligible for benefits. Exception is made only when an employee meets the minimum number of hours annually for 401(k) eligibility.

## Salary Classifications

For purposes of salary administration and eligibility for employee benefits and overtime payments, EchoStar classifies its employees as "exempt," "salaried non-exempt" or "hourly."

Exempt Employees
Exempt employees are those who are paid a fixed salary and are not eligible for overtime pay for hours worked in excess of 40 hours per week.

Salaried Non-Exempt Employees
Salaried non-exempt employees are paid a base salary for the job performed regardless of the number of hours worked in a week. Additionally, an overtime premium is paid for all hours worked in excess of 40 hours in a work week. A "Payroll Understanding Acknowledgement" is given to

## Disciplinary Action

An employee's conduct is a major factor affecting the health and growth of EchoStar. It is also an important aspect of the Company's image within the community. When management finds an employee's performance is unsatisfactory or an employee's conduct is unacceptable, disciplinary action may take place.

Any reference to disciplinary action in this Handbook can be defined as follows:

Disciplinary action may range from an informal discussion with the employee to immediate termination, depending on the Company's opinion of the seriousness of the situation. Any action taken by management in an individual case does not, and should not, be construed to establish a precedent in other circumstances.

## Protection from Unlawful Harassment

It is the policy of EchoStar that all employees should be able to enjoy a work atmosphere free from all forms of illegal discrimination or conduct including sexual harassment.

Harassment is defined as unwelcome or unsolicited verbal, physical or sexual conduct which (a) is made a condition of employment; (b) is used as a basis for employment decisions; or (c) creates an intimidating, hostile or offensive workplace.

Examples of what may be harassment, depending on the circumstances, are:

- Verbal harassment - derogatory or vulgar comments regarding a person's race, sex, religion, ethnic heritage, disability or distribution of written or graphic material having such effects;

- Physical harassment - hitting, pushing or other aggressive physical conduct or threats to take such action;

- Sexual harassment - unwelcome or unsolicited sexual advances, demands for sexual favors or other verbal or physical conduct of a sexual nature.

EchoStar does not tolerate or condone any form of retaliation or reprisal against an employee who has made a good faith complaint of harassment or discrimination. All claims regarding these types of harassment will be treated confidentially to the extent that confidentiality is consistent with a thorough investigation of the reported incident.

If an employee believes that he/she has been subjected to any of these forms of unlawful harassment it is his/her responsibility to contact a supervisor or the Human Resources Department immediately. If an investigation confirms the offense, immediate disciplinary action up to and including termination may be taken against the person violating this policy.

## Threats and Violence

EchoStar seeks to maintain a work environment free from intimidation, threats or violent acts. This includes, but is not limited to, intimidating, threatening or hostile behaviors, physical abuse, vandalism, arson, sabotage, use of weapons, carrying weapons of any kind onto Company property or any other act, which, in management's opinion, is inappropriate for the workplace. In addition, offensive comments regarding violent events will not be tolerated and may result in disciplinary action.

If an employee feels he/she or any co-worker has been subjected to any of the behaviors listed above, he/she is requested to immediately report the incident to a supervisor or the Human Resources Department. Complaints will be investigated. Based upon results, disciplinary action will be taken against the offender up to and including termination, if appropriate.

The Company will take action when unforeseen events transpire and look to employees for support in this. An employees is empowered to contact the

CONFIDENTIAL

Def. 00647

proper law enforcement authorities without first informing management if he/she believes a threat to the safety of him/herself or others exists.

## Moonlighting

EchoStar would like to discourage its regular full-time employees from taking additional employment outside the Company. However, if an employee is planning to take an outside job, he/she must first notify his/her supervisor when starting such work to ensure that a conflict of interest does not exist.

The Company considers the following a conflict of interest: outside jobs with a vendor or customer of the Company or in the same business in which the Company is and/or with which the Company is in any way in competition, such as manufacturing, distributing or repairing satellite TV equipment and related products and services.

High standards of work performance should never falter as a result of moonlighting.

## Inspection of Property

As a part of its overall security and safety programs, EchoStar has adopted search guidelines. These guidelines are addressed, among other ways, by the Company reserving the right to search the work areas, lockers, computer systems, vehicles on Company premises and personal belongings of employees, visitors and contractors. Generally, locks will be removed with the knowledge of the employee and the employee present. Locks will be clipped only if the employee refuses to cooperate or is unavailable to consent to the removal of the lock. Containers carried into or out of the building are also subject to search. Signs are posted at all employee and visitor entrances and exits of the building indicating that entry is conditioned upon the Company's right to search.

As a condition of employment with the Company, employees consent to these search guidelines and are expected to abide by these guidelines and allow the Company to conduct a search any time it is deemed necessary.

## Computer Systems

During employment, employees may have access to or use the Company's computer systems, including terminals, personal computers and local and wide area networks, while on, or off, the Company's premises. Use of the Company's computer resources is restricted to Company business only, and as such documents or files created thereon are the property of the Company. Employees should recognize and understand that computer files and documents created or stored on the Company's computer systems, including, but not limited to, E-mail are subject to review and inspection at any time. In this regard, it should be recognized that there is no expectation of privacy with respect to the content of, or any other matters related to, such computer documents and files. By using the Company's computer resources, employees are deemed to have consented to the review and inspection of such computer documents and files by any authorized person at any time and from time to time without prior written or other notice. Information regarding access to the Company's computer resources, including, but not limited to, user identifications, modem phone numbers, modem access codes, passwords and TELNET account codes are Company confidential information and may not be disclosed to non-Company personnel without prior written authorization from a manager and the MIS Department.

Company access to the Internet is limited to Company business only and will be granted based upon business needs on a case by case basis. Distribution of Company information onto or via the Internet is strictly prohibited unless approved in advance by a department head and the MIS Department.

### Software

EchoStar purchases or licenses the use of copies of computer software from a variety of outside vendors. EchoStar does not own the copyright to this software or its related documentation and,