IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-01103-PSF-BNB | Date: March 16, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| SHARON R. BAKER, | Rick Dindinger |
| | Robert Truhlar |
| Plaintiff, | |
| v. | |
| ECHOSTAR COMMUNICATIONS CORPORATION, | Meghan Martinez |
| ECHOSPHERE, L.L.C., | Carey Gagnon |
| (Acutally named as : EchoSphere, LLC) | |
| ECHOSTAR SATELLITE, L.L.C., | |
| a Colorado Limited liability company also d/b/a EchoStar Communications and EchoSphere | |
| Defendants. | |

### COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     9:29 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Motion to compel deposition testimony and certification of compliance with D.C. Colo. CivR 7.1(A) (2/23/07 #75) is granted for reasons stated on the record.**

Court in Recess        10:31 a.m.        Hearing concluded.

Total time in court:    01:02