IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01103-PSF-BNB

SHARON R. BAKER,

Plaintiff,

v.

ECHOSTAR COMMUNICATIONS CORPORATION;
ECHOSTAR SATELLITE, LLC; and
ECHOSPHERE, LLC.,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Plaintiff's Motion to Compel Deposition Testimony and Certification of Compliance With D.C.COLO.LCivR 7.1(A)** [Doc. # 74, filed 2/23/2007] (the "Motion to Compel"). I held a hearing on the Motion to Compel this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED.

IT IS FURTHER ORDERED that the deposition of Soraya Hesabi-Cartwright shall be reopened for the limited purpose of allowing the plaintiff to examine Ms Cartwright about her statement that Wade Welch, an attorney for EchoStar, attempted to "get me to lie to do a deposition for Katari. . . ." The reopened deposition shall occur at a date and time as the parties may agree, but in any event not later than **April 3, 2007**.

IT IS FURTHER ORDERED that the defendants' oral motion to approve designation of the transcript of the reopened deposition of Ms. Cartwright as Confidential in advance of the deposition is DENIED.

Dated March 16, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge