IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-01103-PSF-BNB

SHARON R. BAKER,

Plaintiff,

v.

ECHOSTAR COMMUNICATIONS CORPORATION;
ECHOSTAR SATELLITE, LLC; and
ECHOSPHERE, LLC.,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused for reasons stated on the record.

IT IS ORDERED that the parties shall submit a revised final pretrial order on or before **May 16, 2007**, modified as discussed on the record today.

Dated May 9, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge