IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-01103-PSF-BNB | Date: June 22, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| SHARON R. BAKER, | Robert Truhlar |
| | Thomas Arckey |
| Plaintiff, | |
| v. | |
| ECHOSTAR COMMUNICATIONS CORPORATION, ECHOSPHERE, L.L.C., (Actually named as: EchoSphere, LLC) ECHOSTAR SATELLITE, L.L.C, a Colorado limited liability company also d/b/a EchoStar Communications and EchoSphere | Meghan Martinez |
| Defendants. | |

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:     10:35 a.m.

Appearance of counsel.

Court's opening remarks.

Discussion regarding plaintiff's motion for leave to take telephonic testimony of Denise Kay.

Argument presented.

**ORDERED:** **Defendants' Motion to Preclude the Expert Testimony of Denise M. Kay(5/31/07 #109) Is Taken under Advisement. Defendants' copy of the deposition of Ms Kay is received. Plaintiff has to and including June 29, 2007 to produce any materials deemed necessary.**

Court in Recess          12:13 p.m.       Hearing concluded.

Total time in court:     01:38