IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-01103-ZLW-BNB

SHARON R. BAKER,

    Plaintiff,

v.

ECHOSTAR COMMUNICATIONS CORPORATION;
ECHOSPHERE, L.L.C.; and
ECHOSTAR SATELLITE, L.L.C.,

    Defendants.

_____

ORDER
_____

    This case remains set for trial to jury for eight days commencing at **10:30 a.m. on Monday, February 11, 2008**. The trial will be held before Judge Zita L. Weinshienk in Courtroom A801, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. Court will not be in session on February 18, 2008, which is a federal holiday. It is

    ORDERED that counsel shall review the pre-trial order and shall file a short status report with the Court by January 21, 2008, advising the Court of the following:

        1. Any problems, factual or legal, which are not adequately disclosed by the pre-trial order.

        2. Any witnesses or exhibits not listed in the pre-trial order which are stipulated or allowed by order of court.

        3. Matters which counsel believe can be resolved in advance of trial, including motions *in limine*.

4. Unusual legal questions which counsel anticipate will arise at trial.

5. Changes which should be made in the estimated length of trial as shown by the pre-trial order.

6. Possibilities of settlement.

It is FURTHER ORDERED that a **brief status conference is set for Thursday, January 24, 2008, at 2:00 pm in Courtroom A801**. It is

FURTHER ORDERED that **the Trial Preparation Conference previously set for Friday, February 1, 2008, is re-set to Thursday, January 31, 2008, at 2:00 p.m. in Courtroom A801**, **at which time any pending motions, including motions *in limine*, may be heard**. It is

FURTHER ORDERED that all of Judge Weinshienk's trial procedures shall apply in this case. Counsel shall read and comply with those procedures as outlined in the Civil Trial Procedures, Trial Check List, and Jury Instructions located under Judge Weinshienk's name on the "Judicial Officers' Procedures" section of the Court's website: **http://www.co.uscourts.gov/**. Counsel shall be prepared to discuss these procedures if necessary and may ask any questions of the Court and Court staff at the scheduled Trial Preparation Conference for any needed clarification.

DATED at Denver, Colorado, this __10__ day of January, 2008.

BY THE COURT:

*[signature: Zita L. Weinshienk]*
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court