IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-01103-ZLW-BNB

SHARON R. BAKER,

    Plaintiff,

v.

ECHOSTAR COMMUNICATIONS CORPORATION;
ECHOSPHERE, L.L.C.; and
ECHOSTAR SATELLITE, L.L.C.,

    Defendants.

_____

ORDER
_____

It is ORDERED that all trial witness subpoenas in this case (previously captioned as 06-cv-01103-PSF-BNB) shall be effective for the Courtroom of Senior Judge Zita L. Weinshienk, Courtroom A801, Eighth Floor, Alfred A. Arraj United States Courthouse, 901 - 19th Street, Denver, Colorado 80294, on February 11, 2008, at 10:30 a.m.

DATED at Denver, Colorado, this   24   day of January, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court