IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

January 31, 2008

Gwen Daniel, Court Reporter
Valeri P. Barnes, Deputy Clerk

Civil Action No. 06-cv-01103-ZLW-BNB

SHARON R. BAKER,	Robert Truhlar
	Thomas Arckey
     Plaintiff,	F.J. Rick Dindinger, II

v.

ECHOSTAR COMMUNICATIONS CORPORATION,   Meghan Martinez
ECHOSPHERE, LLC, and
ECHOSTAR SATELLITE, LLC,

     Defendants.

---

## COURTROOM MINUTES

PRETRIAL CONFERENCE/MOTIONS HEARING

**2:26 p.m.**    **Court in session.**

Also present: Plaintiff Sharon R. Baker.

**ORDERED:**  Defendants' Motion To Preclude The Expert Testimony Of Denise M. Kay **(109)** is **granted.**

**ORDERED:**  Plaintiff's Motion For Leave To Take Telephonic Testimony Of Denise Kay **(126)** is **denied as moot.**

**ORDERED:**  Defendants' Oral Motion To Extend The Sequestration Order To Include Mr. Burg, the attorney for Soraya Hesabi-Cartwright, is **granted in part**. Mr. Burg is ordered sequestered for all testimony other than while Ms. Cartwright is testifying. The Court **defers ruling** on the issue as to whether the sequestration order applies to opening statements.

**ORDERED:** Parties inform the Court that Joseph Nolly and David M. Noll will be testifying in person at the trial. Accordingly, objections to their designated deposition testimony is **overruled as moot.**

Argument.

**ORDERED:** Defendants' Motion *In Limine* To Exclude Evidence **(118):**
- **A)** Evidence concerning other employees' experiences of alleged harassment - **ruling deferred**;
- **B)** Evidence of EEOC charges and lawsuits filed by other employees - **ruling deferred**;
- **C)** Evidence regarding plaintiff's job performance and awards - **ruling deferred**;
- **D)** Evidence of alleged incidents of unlawful behavior prior to January 2004 is **granted as to gender discrimination and retaliation, ruling deferred as to other claims.**

**ORDERED:** Plaintiff's Motion *In Limine* To Exclude Admission Of Medical Records And Related Testimony By Plaintiff Sharon R. Baker **(120)** is **granted**, unless Plaintiff opens the door to such testimony.

Stipulated and Proposed Jury Instructions due in Chambers on or before **February 11, 2008.**

**4:03 p.m.     Court in recess/hearing concluded.**

Total in-court time: 1:37