IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01103-ZLW-BNB

SHARON R. BAKER,

    Plaintiff,

v.

ECHOSTAR COMMUNICATIONS CORPORATION,
ECHOSPHERE, L.L.C. and
ECHOSTAR SATELLITE, L.L.C.,

    Defendants.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 5th day of March, 2008.

BY THE COURT:

_____
Zita L. Weinshienk, Judge

APPROVED AS TO FORM:

_____        _____
ATTORNEY FOR PLAINTIFF                                 ATTORNEY FOR DEFENDANTS