IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01103-ZLW-BNB

SHARON R. BAKER,

    Plaintiff,

v.

ECHOSTAR COMMUNICATIONS CORPORATION,
ECHOSPHERE, L.L.C. and
ECHOSTAR SATELLITE, L.L.C.,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order On Defendants' Motion For Summary Judgment entered by the Honorable Phillip S. Figa on December 4, 2007, incorporated herein by reference, it is

ORDERED that Defendants' Motion For Summary Judgment (Doc. 64) is granted in part and denied in part as follows.

    1.    The Motion is denied entirely as to the First Claim for Relief for hostile work environment.

    2.    The Motion is granted in part, as to the Second Claim for Relief, as Plaintiff has not shown that the alleged denial of a transfer resulted from a discriminatory animus, or that any alleged reduction in job responsibilities was a pretext

1

for discrimination. It is denied to the extent she alleges employment discrimination resulting in a constructive discharge.

3. The Motion is denied as to the Third Claim for Relief to the extent it alleges retaliation for engaging in a protected activity leading to her asserted constructive discharge.

4. The Motion is denied as to the Fourth Claim for Relief to the extent the claim alleges breach of contract arising from provisions in the employee handbook relating to conditions of employment, including the anti-discrimination, anti-harassment and toleration policies. It is granted to the extent the Fourth Claim for Relief may be based on a modification of the employment-at-will relationship.

5. The Motion is granted as to Plaintiff's Fifth Claim for Relief for outrageous conduct.

The matter was tried on the remaining claims from February 25, 2008, through March 7, 2008, before a jury of seven duly sworn to try the issues herein, the Honorable Zita L. Weinshienk, Judge, presiding.

At the close of Plaintiff's case, the Court granted Defendants' oral motion for judgment as a matter of law under Fed. R. Civ. P. 50 on the claims for breach of contract and hostile work environment. The trial proceeded to conclusion on the remaining claims for gender discrimination and retaliation. On March 7, 2008, the jury rendered its Verdict as follows:

1. Did Defendants EchoStar Communications Corporation, EchoSphere, L.L.C. and EchoStar Satellite, L.L.C. (collectively

"EchoStar") discriminate against Plaintiff Sharon R. Baker based upon gender in violation of Title VII of the Civil Rights Act of 1964?

_____Yes          ____X____No

2.     Did Defendants EchoStar Communications Corporation, EchoSphere, L.L.C. and EchoStar Satellite, L.L.C. (collectively "EchoStar")  retaliate against Plaintiff Sharon R. Baker for engaging in a protected activity in violation of Title VII of the Civil Rights Act of 1964?

_____Yes          ____X____No

ACCORDINGLY, IT IS ORDERED that judgment is entered in favor of Defendants Echostar Communications Corporation, Echosphere, L.L.C. and Echostar Satellite, L.L.C., and against Plaintiff Sharon R. Baker on the First, Second, Third, Fourth, and Fifth Claims for Relief.  It is

FURTHER ORDERED that, in view of Defendants' significant financial resources, the parties shall pay their own costs.

DATED at Denver, Colorado, this __14th__ day of March, 2008.

FOR THE COURT:

Gregory C. Langham, Clerk

By: s/ Edward P. Butler
       Edward P. Butler,
       Deputy Clerk