IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-01103-ZLW-BNB

SHARON R. BAKER,

     Plaintiff,

v.

ECHOSTAR COMMUNICATIONS CORPORATION;
ECHOSPHERE, L.L.C.; and
ECHOSTAR SATELLITE, L.L.C.,

     Defendants.

_____

ORDER
_____

Because the ten-day time limit for filing post-trial motions under Fed. R. Civ. P.

59 is jurisdictional, and cannot be extended by the Court,[1] it is

ORDERED that the Minute Order filed March 18, 2008, (Doc. No. 199) granting

Plaintiff's Motion For Extension Of Time To Submit Post-Trial Motions Pursuant To Fed.

R. Civ. P. 59 hereby is vacated.  It is

FURTHER ORDERED that Plaintiff's Motion For Extension Of Time To Submit

Post-Trial Motions Pursuant To Fed. R. Civ. P. 59 is denied.

DATED at Denver, Colorado, this  _19th_  day of March, 2008.

BY THE COURT:

*s/ Zita L. Weinshienk*
_____

ZITA L. WEINSHIENK, Senior Judge
United States District Court

_____

[1]See Fed. R. Civ. P. 6(b)(2); Allender v. Raytheon Aircraft Co., 439 F.3d 1236, 1241 (10th Cir. 2006); Weitz v. Lovelace Health Sys., Inc., 214 F.3d 1175, 1179 (10th Cir. 2000); Fairway Center Corp. v. U.I.P Corp., 491 F.2d 1092 (8th Cir. 1974); Weissman v. Dawn Joy Fashions, Inc., 214 F.3d 224, 230 (2nd Cir. 2000).