IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-01103-ZLW-BNB

SHARON R. BAKER,

    Plaintiff,

v.

ECHOSTAR COMMUNICATIONS CORPORATION;
ECHOSPHERE, L.L.C.; and
ECHOSTAR SATELLITE, L.L.C.,

    Defendants.

---

## ORDER

---

The matter before the Court is Plaintiff's Motion For A New Trial. The Court has reviewed carefully Plaintiff's motion, the exhibits thereto, and the supporting legal authority. It is

ORDERED that Plaintiff's Motion For A New Trial (Doc No. 203) is denied.

DATED at Denver, Colorado, this __2nd__ day of April, 2008.

                BY THE COURT:

                _____
                ZITA L. WEINSHIENK, Senior Judge
                United States District Court